IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al., *Plaintiffs*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency *Defendants*. | No. 23-CV-01714 |

**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM ECF FILING REQUIREMENT FOR ADMINISTRATIVE RECORD**

Based on the foregoing motion, and for good cause shown, it is hereby ORDERED that Defendants' Unopposed Motion for Relief from ECF Filing Requirement for Administrative Record is GRANTED. Defendants will file a certified index to ECF and will separately provide a copy of the administrative record to chambers, Plaintiffs, and Intervenors on readily-accessible electronic media.

DATED this _____ day of _____, 2024.

_____
The Honorable James D. Cain, Jr.
United States District Judge

*Presented by:*
Elisabeth H. Carter

1

Caitlin McCusker
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
202-598-3141
Elisabeth.carter@usdoj.gov

Attorneys for Defendants