UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:23-CV-01714** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S ENVIRONMENTAL PROTECTION AGENCY ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

Before the Court is "Defendants' Unopposed Motion for Relief from ECF Filing Requirement for Administrative Record" (Doc. 67). Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED** and that Defendants, the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively, "EPA") provide the Deputy Clerk of Court in the Lake Charles Division, the Administrative Record via electronic media such as a jump drive or flash drive with a Notice of Manual Attachment filed with the certified index.

**THUS DONE AND SIGNED** in Chambers on this 2nd day of February, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**