UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  2:23-CV-01714** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S ENVIRONMENTAL PROTECTION AGENCY ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**MINUTES OF COURT:**
**Motion Hearing**

| | | | |
|---|---|---|---|
| Date: | 03/05/2024 | Presiding: | Judge James D. Cain, Jr. |
| Court Opened: | 10:33 AM | Courtroom Deputy: | Tina Stewart |
| Court Adjourned: | 11:03 AM | Court Reporter: | D D Juranka |
| Statistical Time: | :30 | Courtroom: | CR4 |

**APPEARANCES**

| | | |
|---|---|---|
| Kevin M LeRoy; Jeremy T Grabill; George P Sibley, III;  Laura Putnam, standing in for Tracy L Short | For | Plaintiffs |
| Elisabeth Carter; Shannon Brown | For | U S Environmental Protection Agency; Michael Regan, Defendants |
| Kelly T Wood | For | Intervenor Plaintiffs |

**PROCEEDINGS**

This matter was called for hearing on [2] MOTION for Preliminary Injunction by All Plaintiffs.

After hearing argument of counsel, the motion was taken under advisement with a written ruling to follow.