UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF ALASKA, STATE OF ARKANSAS, COMMONWEALTH OF KENTUCKY, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF WEST VIRGINIA, and STATE OF WYOMING, and AMERICAN PETROLEUM INSTITUTE, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, and NATIONAL HYDROPOWER ASSOCIATION,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>      Defendants. | CIVIL ACTION NO. 2:23-cv-01714 |

**CORRECTED JOINT PROPOSED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

On December 4, 2023, Plaintiffs State of Louisiana, State of Alaska, State of Arkansas, Commonwealth of Kentucky, State of Mississippi, State of Missouri, State of Montana, State of Oklahoma, State of South Carolina, State of West Virginia, State of Wyoming, American Petroleum Institute, Interstate Natural Gas Association of America, and National Hydropower Association (collectively "Plaintiffs") filed a complaint challenging the United States

1

Environmental Protection Agency ("EPA") rule entitled *Clean Water Act Section 401 Water Quality Certification Improvement Rule*, 88 Fed. Reg. 66,558 (Sept. 27, 2023) ("2023 Water Quality Certification Rule").

On January 12, 2024, State of California, California Water Resources Control Board, State of Colorado, State of Connecticut, State of Illinois, State of Maine, State of Maryland, State of Massachusetts, State of Michigan, State of Minnesota, State of New Mexico, State of New York, State of North Carolina, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, State of Washington, and the District of Columbia moved to intervene in support of Defendants (collectively "State Defendant-Intervenors"). ECF No. 40. The Court granted that motion on January 23, 2024. ECF No. 51. On February 23, 2024, the National Wildlife Federation and American Whitewater filed a motion to intervene in support of Defendants (collectively "eNGO Defendant-Intervenors"). ECF No. 82. This Court has not issued a ruling on that motion, which is unopposed.

Counsel for the parties have conferred regarding a briefing schedule and format. The parties have agreed that this case may be fully resolved by cross-motions for summary judgment. The parties therefore respectfully request that the Court approve and enter the following briefing schedule, with the noted page limits:[1]

### PROPOSED BRIEFING SCHEDULE AND FORMAT

- Plaintiffs' Opening Brief (not to exceed 40 pages): May 30, 2024

- Government's Response / Cross-motion (not to exceed 50 pages): July 30, 2024

- State Defendant-Intervenors' Response / Cross-motion (not to exceed 20 pages): July 30, 2024

---

[1] The proposed briefing schedule and format assumes that eNGO Defendant-Intervenors' unopposed motion to intervene is granted.

- eNGO Defendant-Intervenors' Response / Cross-motion (not to exceed 17 pages): July 30, 2024

- Plaintiffs' Reply/Response (not to exceed 50 pages): September 30, 2024

- Government's Reply (not to exceed 25 pages): October 30, 2024

- State Defendant-Intervenors' Reply (not to exceed 12 pages): October 30, 2024

- eNGO Defendant-Intervenors' Reply (not to exceed 8 pages): October 30, 2024

The parties respectfully request that the Court set a hearing on the motions on a date convenient for the Court as soon as practicable after the conclusion of briefing.

A proposed order is attached.

Dated: May 7, 2024                                Respectfully submitted,

                                                                         LIZ MURRILL
                                                                          ATTORNEY GENERAL OF LOUISIANA

/s/ Tracy L. Short
Tracy L. Short (La. #23940)
  *Assistant Chief Deputy Attorney General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
shortt@ag.louisiana.gov
*Counsel for State of Louisiana*

| | |
|---|---|
| TREG R. TAYLOR<br>  ATTORNEY GENERAL OF ALASKA | AUSTIN KNUDSEN<br>  ATTORNEY GENERAL OF MONTANA |
| /s/ Cameron Jimmo<br>Cameron Jimmo (*pro hac vice*)<br>  *Senior Assistant Attorney General*<br>ALASKA DEPARTMENT OF LAW<br>1031 West Fourth Avenue, Suite 200<br>Anchorage, Alaska 99501<br>(907) 269-6457<br>cameron.jimmo@alaska.gov<br>*Counsel for State of Alaska* | /s/ Christian B. Corrigan<br>Christian B. Corrigan (*pro hac vice*)<br>  *Solicitor General*<br>Peter M. Torstensen, Jr. (*pro hac vice*)<br>  *Deputy Solicitor General*<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>(406) 444-2026<br>christian.corrigan@mt.gov<br>peter.torstensen@mt.gov<br>*Counsel for State of Montana* |
| TIM GRIFFIN<br>  ARKANSAS ATTORNEY GENERAL | GENTNER DRUMMOND<br>  ATTORNEY GENERAL OF OKLAHOMA |
| /s/ Michael A. Cantrell<br>Michael A. Cantrell (*pro hac vice*)<br>  *Assistant Solicitor General*<br>OFFICE OF THE ARKANSAS<br> ATTORNEY GENERAL<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>(501) 682-2401<br>Michael.Cantrell@ArkansasAG.gov<br>*Counsel for the State of Arkansas* | /s/Garry M. Gaskins, II<br>Garry M. Gaskins, II (*pro hac vice*)<br>  *Solicitor General*<br>OFFICE OF ATTORNEY GENERAL<br>STATE OF OKLAHOMA<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>Garry.Gaskins@oag.ok.gov<br>*Counsel for State of Oklahoma* |
| RUSSELL COLEMAN<br>  ATTORNEY GENERAL OF KENTUCKY | ALAN WILSON<br>  ATTORNEY GENERAL OF SOUTH CAROLINA |
| /s/ Lindsey Keiser<br>Lindsey Leiser (*pro hac vice*)<br>  *Assistant Attorney General*<br>KENTUCKY OFFICE OF THE ATTORNEY GENERAL<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky<br>(502) 696-5517<br>*Counsel for the Commonwealth of Kentucky* | /s/ Thomas T. Hydrick<br>Thomas T. Hydrick (*pro hac vice*)<br>  *Assistant Deputy Solicitor General*<br>Post Office Box 11549<br>Columbia, SC 29211<br>(803) 734-4127<br>thomashydrick@scag.gov<br>*Counsel for the State of South Carolina* |

LYNN FITCH
  ATTORNEY GENERAL OF MISSISSIPPI

/s/ Justin Matheny
Justin L. Matheny (*pro hac vice*)
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY
  GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205
Justin.Matheny@ago.ms.gov
*Counsel for State of Mississippi*


ANDREW BAILEY
  ATTORNEY GENERAL OF MISSOURI

/s/ Josh Divine
Josh Divine (*pro hac vice*)
  *Solicitor General*
MISSOURI ATTORNEY
  GENERAL'S OFFICE
207 West High St.
Jefferson City, MO 65101
(573) 751-8870
Josh.Divine@ago.mo.gov
*Counsel for State of Missouri*

PATRICK MORRISEY
  ATTORNEY GENERAL OF WEST VIRGINIA

s/ Michael R. Williams
Michael R. Williams (*pro hac vice*)
  *Principal Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Michael.R.Williams@wvago.gov
*Counsel for State of West Virginia*

BRIDGET HILL
  ATTORNEY GENERAL OF WYOMING

s/ Abigail Boudewyns
Abigail Boudewyns (*pro hac vice*)
  *Senior Assistant Attorney General*
Travis Jordan (*pro hac vice*)
  *Senior Assistant Attorney General*
WYOMING ATTORNEY
  GENERAL'S OFFICE
109 State Capitol
200 West 24th Street
Cheyenne, WY 82002
(307) 777-6946
abigail.boudewyns@wyo.gov
travis.jordan@wyo.gov
*Counsel for State of Wyoming*

/s/ Jeremy T. Grabill
Jeremy T. Grabill (Bar #34924)
Margaret Manning (Bar #39268)
PHELPS DUNBAR LLP
Canal Place, 365 Canal Street, Suite 2000
New Orleans, LA 70130
(504) 566-1311
jeremy.grabill@phelps.com
margaret.manning@phelps.com
*Counsel for American Petroleum Institute, Interstate Natural Gas Association of America, and National Hydropower Association*

Misha Tseytlin (*pro hac vice*)
Kevin M. LeRoy (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
(608) 999-1240
misha.tseytlin@troutman.com

Charles R. Sensiba (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 Ninth Street, NW, Suite 1000
Washington, DC 20004
(202) 274-2850
charles.sensiba@troutman.com

Abbey M. Thornhill (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
(804) 697-1209
abbey.thornhill@troutman.com
*Counsel for National Hydropower Association*

George P. (Trey) Sibley, III (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8262
gsibley@hunton.com

Deidre G. Duncan (*pro hac vice*)
Karma B. Brown (*pro hac vice*)
Erica Peterson (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
dduncan@hunton.com
kbbrown@hunton.com
epeterson@hunton.com
*Counsel for American Petroleum Institute and Interstate Natural Gas Association of America*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

/s/ *Elisabeth H. Carter*
ELISABETH H. CARTER
SAMUEL B. STRATTON
RACHEL MARTINEZ
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
202-598-3141
Elisabeth.carter@usdoj.gov
*Attorneys for Defendants*

6

| FOR THE STATE OF WASHINGTON | FOR THE STATE OF CALIFORNIA |
|---|---|
| ROBERT W. FERGUSON | ROB BONTA |
| Attorney General | Attorney General of California |
| | |
| *s/ Kelly T. Wood* | *s/ Tatiana K. Gaur* |
| KELLY T. WOOD | TATIANA K. GAUR |
| Senior Counsel | BRYANT CANNON |
| ALEXANDRIA K. DOOLITTLE | Deputy Attorneys General |
| Assistant Attorney General | California Office of the Attorney General |
| Washington State Attorney General's Office | 300 South Spring Street, Suite 1702 |
| P.O. Box 40117 | Los Angeles, CA 90013 |
| Olympia, WA 98504-0117 | 213-269-6329 |
| Telephone: 360-586-6769 | Tatiana.Gaur@doj.ca.gov |
| Alex.Doolittle@atg.wa.gov | |
| Kelly.Wood@atg.wa.gov | |

| FOR THE STATE OF COLORADO | FOR THE STATE OF CONNECTICUT |
|---|---|
| PHILLIP J. WEISER | WILLIAM TONG |
| Attorney General | Attorney General |
| *s/ Carrie Noteboom* | *s/ Jill Lacedonia* |
| CARRIE NOTEBOOM | Jill Lacedonia |
| Assistant Deputy Attorney General | Assistant Attorney General |
| Natural Resources and Environment Section | 165 Capitol Avenue |
| 1300 Broadway, 7th Floor | Hartford, CT 06106 |
| Denver, CO 80203 | (860) 808-5250 |
| 720.508.6285 | Jill.Lacedonia@ct.gov |
| carrie.noteboom@coag.gov | |

| FOR THE STATE OF ILLINOIS | FOR THE STATE OF MAINE |
|---|---|
| KWAME RAOUL | AARON FREY |
| Attorney General | Attorney General |
| *s/ Jason E. James* | *s/ Jack Dafoe* |
| Jason E. James | JACK DAFOE |
| Assistant Attorney General | Assistant Attorney General |
| Illinois Attorney General's Office | Office of the Maine Attorney General |
| 201 W. Pointe Drive, Suite 7 | 6 State House Station |
| Belleville, IL 62226 | Augusta, Maine 04333-0006 |
| (872) 276-3583 | (207) 626-8800 |
| jason.james@ilag.gov | jack.dafoe@maine.gov |

| | |
|---|---|
| **FOR THE STATE OF MARYLAND**<br>ANTHONY G. BROWN<br>Attorney General<br><u>s/ Steven J. Goldstein</u><br>Steven J. Goldstein<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, Maryland 21202<br>410-576-6414<br>sgoldstein@oag.state.md.us | **FOR THE COMMONWEALTH OF MASSACHUSETTS**<br>ANDREA JOY CAMPBELL<br>Attorney General<br><u>s/ Matthew Ireland</u><br>MATTHEW IRELAND<br>Assistant Attorney General<br>TURNER SMITH<br>Deputy Chief and Assistant Attorney General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>(617) 727-2200 |
| **FOR THE PEOPLE OF THE STATE OF MICHIGAN**<br>DANA NESSEL<br>Attorney General<br><u>s/ Elizabeth Morrisseau</u><br>ELIZABETH MORRISSEAU<br>Assistant Attorney General<br>Environment, Natural Resources, and Agriculture Division<br>6th Floor G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>MorrisseauE@michigan.gov | **FOR THE STATE OF MINNESOTA**<br>KEITH ELLISON<br>Attorney General<br><u>s/ Peter N. Surdo</u><br>PETER N. SURDO<br>Special Assistant Attorney General<br>Minnesota Attorney General's Office<br>445 Minnesota Street<br>Town Square Tower Suite 1400<br>Saint Paul, Minnesota 55101<br>651.757.1061 (o)<br>Peter.Surdo@ag.state.mn.us |
| **FOR THE STATE OF NEW MEXICO**<br>RAÚL TORREZ<br>Attorney General<br><u>s/ William Grantham</u><br>WILLIAM GRANTHAM<br>Assistant Attorney General<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 717-3520<br>wgrantham@nmag.gov | **FOR THE STATE OF NEW YORK**<br>LETITIA JAMES<br>*Attorney General*<br><u>s/ Meredith G. Lee-Clark</u><br>MEREDITH G. LEE-CLARK<br>Assistant Attorney General<br>Office of the Attorney General<br>The Capitol<br>Albany, New York 12224<br>(518) 776-2401<br>meredith.lee-clark@ag.ny.gov |

**FOR THE STATE OF NORTH CAROLINA**
JOSHUA H. STEIN Attorney General
*s/ Taylor H. Crabtree*
TAYLOR H. CRABTREE
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629 Raleigh, NC 27602
(919) 716-6400
tcrabtree@ncdoj.gov

**FOR THE STATE OF OREGON**
ELLEN F. ROSENBLUM
Attorney General
*s/ Diane Lloyd*
DIANE LLOYD
Sr. Assistant Attorney General
PAUL GARRAHAN
Attorney-in-Charge, Natural Resources Section
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-1880
diane.lloyd@doj.state.or.us
paul.garrahan@doj.state.or.us

**FOR THE COMMONWEALTH OF PENNSYLVANIA**
MICHELLE A. HENRY
Attorney General
*s/ Ann R. Johnston*
ANN R. JOHNSTON
Assistant Chief Deputy Attorney General
Office of the Attorney General
Civil Environmental Enforcement Unit
Strawberry Square
14th Floor
Harrisburg, PA 17120
717-497-3678
ajohnston@attorneygeneral.gov

**FOR THE STATE OF RHODE ISLAND**
PETER F. NERONHA
Attorney General
*s/ Alison Hoffman Carney*
ALISON HOFFMAN CARNEY
Assistant Attorney General
Chief, Environment and Energy Unit
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext 2116
acarney@riag.ri.gov

**FOR THE STATE OF VERMONT**
CHARITY R. CLARK
Attorney General
*s/ Laura B. Murphy*
LAURA B. MURPHY
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
802-828-1059
laura.murphy@vermont.gov

**FOR THE DISTRICT OF COLUMBIA**
BRIAN L. SCWHALB
Attorney General
*s/ Brian Caldwell*
BRIAN CALDWELL
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W., 10th Floor
Washington, D.C. 20001
202-727-6211
Brian.Caldwell@dc.gov