IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al.,

*Plaintiffs*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.

*Defendants*.

No. 23-CV-01714

**ORDER GRANTING MOTION TO HOLD MATTER IN ABEYANCE**

Upon consideration of the Unopposed Motion to Hold this Matter in Abeyance filed by Defendants United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,[1] the Court hereby grants Defendants' motion. It is accordingly **ORDERED AND ADJUDGED** that:

1. The above captioned matter is hereby placed in abeyance for ninety days.

2. Defendants shall file a status report with the Court within ninety days of the issuance of this order.

THUS DONE AND SIGNED in Chambers on this 11th day of February, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Administrator Zeldin is automatically substituted for his predecessor, former Administrator Michael Regan. *See* Fed. R. Civ. P. 25(d).