# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISISANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al.,

Plaintiffs

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

Defendants

Case No. 23-CV-01714

## ORDER

Before the Court is the *Ex Parte Motion to Withdraw as Intervenor-Defendant* [Doc. 157] filed on behalf of intervenor-defendant the Commonwealth of Pennsylvania.

On February 11, 2025, this Court ordered that "[t]he above captioned matter is hereby placed in abeyance for ninety days" [Doc. 156] pursuant to the *Motion to Hold Matter in Abeyance* [Doc. 154] filed by Defendants the United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency. An "abeyance" is "a state of temporary inactivity" and is synonymous with a "suspension." https://www.merriam-webster.com/dictionary/abeyance. Similarly, a "stay" is the "postponement or halting of a proceeding, judgment or the like." *Stay*, Black's Law Dictionary (12th ed. 2024); *S. Louisiana Cement, Inc. v. Van Aalst Bulk Handling, B.V.*, 383 F.3d 297, 301 (5th Cir. 2004). In this case, the Court's order of abeyance has stayed these proceedings for ninety days, and for this period the status quo is to be maintained. Accordingly, the Motion to Withdraw is DENIED WITHOUT PREJUDICE to defendant-intervenor re-urging the motion once the period of abeyance has ended.

SO ORDERED at Lake Charles, Louisiana, this 24th day of February, 2025.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE