# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al.,

*Plaintiffs*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.

*Defendants*.

No. 23-CV-01714

## ORDER GRANTING SECOND MOTION TO HOLD MATTER IN ABEYANCE

Upon consideration of the Unopposed Motion to Hold this Matter in Abeyance filed by Defendants United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency, the Court hereby grants Defendants' motion. It is accordingly **ORDERED AND ADJUDGED** that:

1. The above captioned matter is hereby placed in abeyance for an additional sixty days.

2. Defendants shall file a status report with the Court within sixty days of the issuance of this order.

THUS DONE AND SIGNED in chambers on this 14th day of May, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE