# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

|  |  |  |
|---|---|---|
| STATE OF LOUISIANA, et al., | ) | |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | No. 23-CV-01714 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| *Defendants.* | ) ) ) | |

## ORDER GRANTING MOTION TO HOLD MATTER IN ABEYANCE

Upon consideration of the Unopposed Motion to Hold this Matter in Abeyance filed by Defendants United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency, the Court hereby grants Defendants' motion. It is accordingly **ORDERED AND ADJUDGED** that:

1.  The above captioned matter is hereby placed in abeyance for 90 days from the date of this Order.

2.  Defendants shall file a status report with the Court on or before 90 days from this Order.

THUS DONE AND SIGNED on this 18th day May, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE