**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:23-CV-01714** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S ENVIRONMENTAL PROTECTION AGENCY ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# ORDER

Considering the defendants' unopposed Motion to Hold Matter in Abeyance [doc. 186], the court hereby **ORDERS** that the Motion be **GRANTED** and that the stay in this matter be extended an additional 60 days from the date of this order. Additionally, considering the changed circumstances and numerous stays in this case since the parties filed their motions for summary judgment over two years ago, the court hereby **ORDERS** that the Motions [docs. 116, 126, 127, 128] be **DENIED** without prejudice to the parties' right to re-file after a final rule is promulgated.

**THUS DONE AND SIGNED** in Chambers on the 27th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**